```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

                                      AUG 31 2016

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-CR-540-PSG |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | (Fed.R.Crim.P. 32.1(a)(6) |
|  | ) | 18 U.S.C. § 3143(a) |
| Alfonso Ovidio Costa-Rivas | ) | Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. | ) |  |

   On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

   1.  The court finds that no condition or combination of conditions will reasonably assure:

       A.  (✓) the appearance of defendant as required; and/or

       B.  (✓) the safety of any person or the community.

///
///
///
///
///

```
 1      2.   The Court concludes:
 2           A.   ( ✓ ) Defendant has failed to demonstrate by clear and
 3                convincing evidence that he is not likely to pose
 4                a risk to the safety of any other persons or the
 5                community.  Defendant poses a risk to the safety
 6                of other persons or the community based on:
 7                _____
 8                _____
 9                _____
10                _____
11                _____
12           B.   ( ✓ ) Defendant has failed to demonstrate by clear and
13                convincing evidence that he is not likely to flee
14                if released.  Defendant poses a flight risk based
15                on: _____
16                _____
17                _____
18                _____
19                _____
20
21      IT IS ORDERED that defendant be detained.
22
23 DATED:   8/31/16
24
25                                 _____
                                   HONORABLE JACQUELINE CHOOLJIAN
26                                 United States Magistrate Judge
27
28
```